**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 OCT 21 PM 12:55
DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| ALLEN NASH, a.k.a. "A-1" | 3-15CR-0478B |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Sex Trafficking of Children
### (Violation of 18 U.S.C. § 1591(a) and (b)(2))

From on or about October 4, 2014 through on or about October 7, 2014, the exact dates unknown to the Grand Jury, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Allen Nash, a.k.a "A-1,"** knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained and maintained by any means, and benefitted, financially and by receiving anything of value, from participating in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, Jane Doe, who had not attained the age of 18 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a) and (b)(2).

## Count Two
### Transportation of a Minor to Engage in Commercial Sex Acts
### (Violation of 18 U.S.C. § 2423(a))

From on or about October 4, 2014 through on or about October 7, 2014, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Allen Nash, a.k.a "A-1,"** knowingly transported, in interstate commerce from Texas to Louisiana, Jane Doe, who had not attained the age of 18 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and intending that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 2423(a).

<u>Count Three</u>
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and § 924(e))

From on or about October 4, 2014 through on or about October 7, 2014, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Allen Nash, a.k.a "A-1,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, to wit: four rounds of 9 millimeter Federal Premium 135 grain ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendant, **Allen Nash a.k.a. "A-1,"** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

Upon conviction for the offense alleged in Count Three of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Allen Nash a.k.a. "A-1,"** shall forfeit to the United States of America, all ammunition involved or used in the respective offense.

The above-referenced property includes, but is not limited to, the following:

1. Four rounds of 9 millimeter Federal Premium 135 grain ammunition

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALLEN NASH, a.k.a. "A-1"

INDICTMENT

18 U.S.C. § 1591(a) and (b)(2)
Sex Trafficking of Children

18 U.S.C. § 2423(a)
Transportation of a Minor to Engage in Commercial Sex Acts

18 U.S.C. §§ 922(g)(1) and § 924(e)
Felon in Possession of Ammunition

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Counts

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this 21st day of October, 2015.

_____
                                                          Clerk

No Warrant to be Issued
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Criminal matter pending 3-15-MJ-527-BN