IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:15-CR-0478-B |
|---|---|
| v. | |
| ALLEN NASH, A.K.A. "A-1" | |

# GOVERNMENT'S TRIAL EXHIBIT LIST

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this, the Government's Exhibit List, in the above-captioned case.

| Exhibit No. | DESCRIPTION | Identified | Offered | Admitted |
|---|---|---|---|---|
| 1 | Facebook Messages between Jane Doe and Nash | | | |
| 2 | Photo of Nash | | | |
| 3 | Photo of Nash's Mercedes Benz | | | |
| 4 | Photos of Shreveport Value Inn | | | |
| 5 | Photo of R.J. | | | |
| 6 | Photo of Jane Doe | | | |
| 7 | Jane Doe Photo Lineup - Nash | | | |
| 8 | Photos of the Doll House | | | |
| 9 | Photo of Jane Doe 2 | | | |
| 10 | Photo of Connie Su Moser | | | |
| 11 | Photo of Kum Shugars | | | |
| 12 | Photos of RJ's Tattoo/A1 Brand | | | |

**Government's Trial Exhibit List- Page 1**

| | | | | |
|---|---|---|---|---|
| 13 | Photo of RJ's leg scar from Nash | | | |
| 14 | Facebook communications between Nash and R.J. | | | |
| 15 | October 7, 2014 Backpage ad for Jane Doe | | | |
| 16 | Federal 9 mm Bullets/Photo of Same | | | |
| 17 | White LG T-Mobile phone, Model LG-D851, SN ending in 3454 seized from Nash's pocket /Photo of same | | | |
| 18 | Shreveport Value Inn Hotel receipts with business records affidavit | | | |
| 19 | White LG T-Mobile phone, Model LG-D851, SN ending in 3454 cellular phone extraction report | | | |
| 20 | Backpage.com return, including Business Records Affidavit | | | |
| 21 | Backpage excerpts | | | |
| 22 | Allen Nash's Facebook search warrant return for "Kevin Cash" Facebook account, with business records affidavit | | | |
| 23 | Allen Nash/Kevin Cash Facebook status updates | | | |
| 24 | Nash Facebook potential victim recruiting examples | | | |
| 25 | Nash Facebook Videos | | | |

**Government's Trial Exhibit List- Page 2**

| | | | | |
|---|---|---|---|---|
| 26 | Nash Facebook discussion on human trafficking | | | |
| 27 | Nash Facebook communications regarding Jane Doe | | | |
| 28 | Cell phone records and subscriber information from T-Mobile– phone used by Nash, including Business Records Affidavit for the same | | | |
| 29 | Photos from White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone | | | |
| 30 | Videos from White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone | | | |
| 31 | Coordinates from White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone | | | |
| 32 | Messages with Jane Doe from White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone | | | |
| 33 | White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone Backpage communications | | | |
| 34 | Black LG-D851 G3 T-Mobile, SN ending 0578, Phone Seized from Nash arrest and photo of same | | | |
| 35 | Cellbrite Reports from Black LG-D851 G3 T-Mobile, SN ending 0578 | | | |
| 36 | Excerpts from Black LG-D851 G3 T-Mobile, SN ending 0578 | | | |

| | | | | |
|---|---|---|---|---|
| | device | | | |
| 37 | Samsung SGH-T139 flip phone and photo of same | | | |
| 38 | Samsung SGH-T139 flip phone Cellbrite report | | | |
| 39 | Nash – Criminal Judgment and related documents in Case No. F-0773738-S for Aggravated Assault | | | |
| 40 | Nash – Criminal Judgment and related documents in Case No. F-066288-S for Unlawful Possession with Intent to Deliver a Controlled Substance, To Wit: Cocaine | | | |
| 41 | Nash – Criminal Judgment and related documents in Case No. F-0668090-S for Aggravated Assault | | | |
| 42 | Nash's 10-fingerprint card (to be taken at the time of trial) | | | |
| 43 | Dr. Shannon Wolf's CV | | | |
| 44 | Shugars Plea Agreement | | | |
| 45 | Shugars Plea Agreement Supplement | | | |
| 46 | Shugars Factual Resume | | | |
| 47 | Photos of Injured Woman from Nash's White LG T-Mobile phone, Model LG-D851, SN ending in 3454 phone | | | |
| 48 | Nash's Felony Stipulation | | | |
| 49 | Nash's Interstate Nexus Stipulation | | | |
| 50 | Excerpts from White LG T-Mobile phone, Model LG-D851, | | | |

**Government's Trial Exhibit List- Page 4**

|    |                                       |  |  |  |
|----|---------------------------------------|--|--|--|
|    | SN ending in 3454                     |  |  |  |
| 51 | Allen Nash Consent to Search form     |  |  |  |
| 52 | Reserved                              |  |  |  |
| 53 | Reserved                              |  |  |  |
| 54 | Reserved                              |  |  |  |
| 55 | Reserved                              |  |  |  |
| 56 | Reserved                              |  |  |  |
| 57 | Reserved                              |  |  |  |

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


 /s/ Cara Foos Pierce
CARA FOOS PIERCE
Assistant United States Attorney
1100 Commerce, Suite 300
Dallas, Texas   75242
Texas Bar No. 24036579
Telephone: 214.659.8600
Facsimile: 214.767.410

## Certificate of Service

  I hereby certify that on **July 12, 2017,** I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court, and counsel for Mr. Keys received it via ECF.

               /s/ Cara Foos Pierce
               CARA FOOS PIERCE
               Assistant United States Attorney